**UNITED STATES of America, Plaintiff–Appellee, Cross–Appellant,**

v.

**John DOE, a Juvenile, Defendant–Appellant, Cross–Appellee.**

**Nos. 95–10455, 95–10561.**

United States Court of Appeals, Ninth Circuit.

July 3, 1997.

Before: Procter HUG, Jr., Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.